Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Karina Celeste Cortez, et al. <br><br> Defendants. | CASE NO. 5:16-cv-00811-WDK-PLA <br><br> ORDER GRANTING STIPULATED JUDGMENT |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Twenty Thousand Dollars (U.S.$20,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc., and against defendants KARINA CELESTE CORTEZ individually and d/b/a EL MESQUITE RESTAURANT and HUGO

JUVENTINO CORTEZ PACHECO individually and d/b/a EL MESQUITE RESTAURANT.

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment forthwith.

**IT IS SO ORDERED**:

_____  Dated:     07-11-17

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///